**Luther C. EDMONDS, Plaintiff–Appellant,**

**and**

**Elite Child, Incorporated; Sherry D. Battle, Plaintiffs,**

**v.**

**E. Preston GRISSOM, individually and in his capacity of Judge, Judicial Circuit of Virginia, Circuit Court of the City of Chesapeake, Defendant–Appellee,**

**and**

**Schroder Chesapeake, Incorporated, t/a Greenbrier Mall, Defendant.**

**No. 01–1403.**

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Luther C. Edmonds, pro se. Mark L. Earley, Attorney General, Gregory E. Lucyk, Edward Meade Macon, Mary Elizabeth Shea, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Luther C. Edmonds appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion to set aside a prior order. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Edmonds v. Grissom,* No. CA–98–488–2 (E.D.Va. Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*